ORIGINAL

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2015 MAR 27  PM 2: 31

J. KUBO
CLERK

CARLSMITH BALL LLP

CRAIG G. NAKAMURA     2062-0
One Main Plaza, Suite 400
2200 Main Street, P.O. Box 1086
Wailuku, Maui, HI 96793-1086
Tel No. 808.242.4535
Fax No. 808.244.4974

MARK K. MURAKAMI     4573-0
ERIKA L. AMATORE     8580-0
JACOB L. MATSON      9379-0
ALISON S. KATO       9560-0
1001 Bishop Street, Suite 2100
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842

Attorneys for Plaintiff
JAMES CAMPBELL COMPANY LLC

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

15-1-0568-03   VLC·

| | |
|---|---|
| JAMES CAMPBELL COMPANY LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>   vs.<br><br>HEIRS OR ASSIGNS OF MAUOLI; HEIRS OR ASSIGNS OF KAAUMOA (w); HEIRS OR ASSIGNS OF HOOLILIAMANU (k); HEIRS OR ASSIGNS OF IVAN L. FERNANDEZ, AKA IVAN LEO FERNANDEZ; HEIRS OR ASSIGNS OF MADELINE J. BRUSCO, AKA MADELINE J. FERNANDEZ, AKA MADELINE J. COLBURN; KATHERINE JUNE BELL, ADOPTED DAUGHTER OF KATHERINE P. BELL, DECEASED; HEIRS OR ASSIGNS OF MYRTLE M. WIECHERT, AKA MYRTLE M. FERNANDEZ, AKA MYRTLE M. HOPKINS; HEIRS OR ASSIGNS OF HEALANI D. REIS; SYLVESTER C. FERNANDEZ, AKA | CIVIL NO. _____<br>(Other Civil Action - Quiet Title)<br><br>COMPLAINT TO QUIET TITLE AND FOR PARTITION AND DAMAGES; EXHIBIT "A"; SUMMONS |

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

RECEIVED

$ 315.00

4819-3245-3253.7.060497-00126

SYLVESTER CULLEN FERNANDEZ, AKA
SONNY CULLEN FERNANDEZ OR HIS
HEIRS OR ASSIGNS; HEIRS OR ASSIGNS
OF LAWRENCE J. FERNANDEZ, AKA
LAWRENCE JACK FERNANDEZ; HEIRS
OR ASSIGNS MICHAEL L. FERNANDEZ;
HEIRS OR ASSIGNS OF ROBERT H.
FERNANDEZ, AKA ROBERT HOLBRON
FERNANDEZ; ANNIE L. AYAU, AKA
ANNIE LOKANA FERNANDEZ, AKA
ANNIE LOKANA AYAU OR HER HEIRS
OR ASSIGNS; HEIRS OR ASSIGNS OF
HAZEL AYAU; HEIRS OR ASSIGNS OF
EDWARD AYAU, AKA EDWARD
WILLIAM AYAU; HEIRS OR ASSIGNS OF
ALBERTA GOO, AKA ALBERTA AYAU
GOO; HEIRS OR ASSIGNS OF ELEANOR
AYAU, AKA ELEANOR AYAU
PATTERSON; HEIRS OR ASSIGNS OF
CLIFFORD AYAU; HEIRS OR ASSIGNS OF
ETHEL K. GOMES, AKA ETHEL
KAWAIHONA AYAU, AKA ETHEL T.
GOMEZ; ETHEL K. GOMES; MITCHELL
SPENCER; HEIRS OR ASSIGNS OF JOHN
FERNANDEZ; HEIRS OR ASSIGNS OF
JAMES FERNANDEZ; HEIRS OR ASSIGNS
OF ALBERT FERNANDEZ; HEIRS OR
ASSIGNS OF MANUEL FERNANDEZ;
HEIRS OR ASSIGNS OF ANNIE AYAU;
HEIRS OR ASSIGNS OF KATHERINE P.
FERNANDEZ, AKA KATHERINE P. BELL;
GEORGIANA MELINE OR HER HEIRS OR
ASSIGNS; ELLIS FRANCIS BRUSCO OR
HIS HEIRS OR ASSIGNS; JAMES BELL OR
HIS HEIRS OR ASSIGNS; WALTER
WILLIAM REIS OR HIS HEIRS OR
ASSIGNS; ELEANOR IWALANI HOKE OR
HER HEIRS OR ASSIGNS; RUTH LEN FOO
HEW OR HER HEIRS OR ASSIGNS;
WAIALOHA SIMEONA OR HER HEIRS OR
ASSIGNS; MAHEALANI ELIZABETH
JONES OR HER HEIRS OR ASSIGNS;
WILLIAM KAKAIMALU AYAU OR HIS
HEIRS OR ASSIGNS; ANTONE
FERNANDEZ OR HIS HEIRS OR ASSIGNS;
MARY AHIN OR HER HEIRS OR ASSIGNS;

HEIRS OR ASSIGNS OF ELEANOR
MARGARET FERNANDEZ; FRANK
CHARLES CARLOS OR HIS HEIRS OR
ASSIGNS; LORAINE BETTY FERNANDEZ
OR HER HEIRS OR ASSIGNS; ARTHUR
CADDELL HONEYCUTT OR HIS HEIRS OR
ASSIGNS; CLEO FERNANDEZ, AKA
LORETTA (RITA) VERA FERNANDEZ;
HEIRS OR ASSIGNS OF JOHN
MCCANDLESS JR.; HEIRS OR ASSIGNS OF
AVONELLE JUANITA MCCANDLESS,
AKA DOROTHY A. HOUGHTAILING;
RICHARD HENRY KINNEY OR HIS HEIRS
OR ASSIGNS; HEIRS OR ASSIGNS OF
THOMAS HAYDEN MCCANDLESS;
BERNICE KOHONOMAKA BOYNTON OR
HER HEIRS OR ASSIGNS; HEIRS OR
ASSIGNS OF MARY EDEAN
MCCANDLESS; SAMUEL KAIU LESLIE OR
HIS HEIRS OR ASSIGNS; HEIRS OR
ASSIGNS OF ROBERT KAWAIANIANI
MCCANDLESS; THELMA MARY
FIGUEROA OR HER HEIRS OR ASSIGNS;
HEIRS OR ASSIGNS OF MADELINE
CHARLOTTE MCCANDLESS; ALBERT
GANDALL OR HIS HEIRS OR ASSIGNS;
HEIRS OR ASSIGNS OF PLEIADES
CATHERINE KAUMU COLBURN, AKA
PLEIDAS APPIANNI COLBURN; KARL
LORCH OR HIS HEIRS OR ASSIGNS; JOHN
FRANCIS COLBURN V; ELLIS ARTHUR
KALANIKIEKIE BRUSCO; MYRTLE
HOPKINS WIECHERT; JEAN HOPKINS
WIECHERT; ANGELINE WIECHERT;
HEIRS OR ASSIGNS OF HARRIET MELE
REIS; HEIRS OR ASSIGNS OF BEVERLY
ELEANOR REIS KAMAHIAI; NOVA JEAN
LAULIPO REIS, AKA NOVA JEAN
MCKENZIE; HEIRS OR ASSIGNS OF
RALPH FRANCIS FERNANDEZ;
CAROLINE FERNANDEZ OR HER HEIRS
OR ASSIGNS; JOHN "BUTCH" CULLEN
FERNANDEZ; SYLVIA KILIKINA "KINA"
FERNANDEZ; HEIRS OR ASSIGNS OF
VERONICA LEILANI FERNANDEZ
NAHALE; ROBERT JAMES KAALA

FERNANDEZ; LAWRENCE JACK
FERNANDEZ JR.; SANDRA IWALANI
FERNANDEZ PASCUAL; HEIRS OR
ASSIGNS OF MARY CULLEN WAIALOHA
FERNANDEZ; HEIRS OR ASSIGNS OF
KALANI SCOTT FERNANDEZ; FLOSSIE
FERNANDEZ; MICHAEL J.K. FERNANDEZ
OR HIS HEIRS OR ASSIGNS; ROSCOE
KAHUMOKU; MAHEALANI LYNETTE
FERNANDEZ; ROBERT KALEHUAOLIHAU
FERNANDEZ OR HIS HEIRS OR ASSIGNS;
BUZZ FERNANDEZ; JAMES MACK
MITCHELL OR HIS HEIRS OR ASSIGNS;
MARY PESCAIA OR HER HEIRS OR
ASSIGNS; FREDERICK GOO OR HIS HEIRS
OR ASSIGNS; JESSIE PATTERSON OR HIS
HEIRS OR ASSIGNS; ALMA DANA OR
HER HEIRS OR ASSIGNS; EDWARD E.
GOMEZ OR HIS HEIRS OR ASSIGNS;
HEIRS OR ASSIGNS OF DEBORAH
MAHUKA AYAU; EDWARD WILLIAM
FRANKLIN AYAU OR HIS HEIRS OR
ASSIGNS; ROSE C. FERNANDEZ OR HER
HEIRS OR ASSIGNS; AGNES LEMN OR
HER HEIRS OR ASSIGNS; HEIRS OR
ASSIGNS OF HARRIET K. FERNANDEZ;
MARY FERNANDEZ OR HER HEIRS OR
ASSIGNS; MAUREEN LOPES OR HER
HEIRS OR ASSIGNS; ELEANOR HEE;
FRANK CARLOS JR.; DONNA WILSON OR
HER HEIRS OR ASSIGNS; HEIRS OR
ASSIGNS OF RICHARD HENRY KINNY
JR.; ROBERTA JEWEL KAUINOHEA REIS
FORD; HEIRS OR ASSIGNS OF SAMUEL
KAIU LESLIE; HOWARD KEONAONA SR.;
WENDELL WAYNE LESLIE OR HIS HEIRS
OR ASSIGNS; HEIRS OR ASSIGNS OF
FRANCIS GAWAIN MCCANDLESS;
GWENDOLYN DIANE MCCANDLESS OR
HER HEIRS OR ASSIGNS; MADELIE
LAIDA MCCANDLESS OR HER HEIRS OR
ASSIGNS; EDDYNGTON HIRAM OR HIS
HEIRS OR ASSIGNS; ALBERT K.
GANDALL III; CHARLOTTE A. POSTEN
OR HER HEIRS OR ASSIGNS; JOAN L.
SCHMIDT; THELMA M. HAN; PLEIDAS

LORCH SOUSA; KARL LORCH; YVONNE
LORCH; GEORGE LORCH OR HIS HEIRS
OR ASSIGNS; BISHOP KAMAHIAI;
WALTER KAMAHIAI; KENWORTH
FERNANDEZ; IWALANI ATON; CRAIG
NAHALE; GORDON NAHALE; KIM
PACHECO; STACEY HIRAM; NOEL
NAHALE; PERRY FERNANDEZ OR HIS
HEIRS OR ASSIGNS; TROY FERNANDEZ;
ROBERT FERNANDEZ OR HIS HEIRS OR
ASSIGNS; LISA-LYNN VIELA OR HER
HEIRS OR ASSIGNS; VIOLA MITCHELL,
AKA VIOLA BRUNGARDT; HAZELENE
AYAU, AKA HAZELINE WILSON; HEIRS
OR ASSIGNS OF JAMES MITCHELL
AYAU; MILDRED AYAU OR HER HEIRS
OR ASSIGNS; HEIRS OR ASSIGNS OF
SHEILA MAE AYAU, AKA SHEILA M.
TAVARES, AKA SHEILA M.K. WILKINS;
HARRIET AYAU, AKA HARRIET K.
RELLEZ, AKA HARRIET SCHOLTZ;
MAUREEN AYAU, AKA MAUREEN E.
PARADIS; ANN LEONORE KEAUNUINUI
GOO OR HER HEIRS OR ASSIGNS;
FREDERICK JAMES GOO; LAMONT
PATTERSON OR HIS HEIRS OR ASSIGNS;
COLBIN PATTERSON OR HIS HEIRS OR
ASSIGNS; HEIRS OR ASSIGNS OF
YVONNE AYAU, AKA YVONNE IIDA;
STEVEN K. IIDA; CLEMENT C.K. AYAU;
EDWARD W. AYAU; HEIRS OR ASSIGNS
OF EDMUND FRANCIS AYAU;
KATHLEEN AYAU; FAITH AYAU AINA;
HEIRS OR ASSIGNS OF EDWARD L.
GOMEZ; BRENDEN C. GOMEZ OR HIS
HEIRS OR ASSIGNS; HEIRS OR ASSIGNS
OF CLAIRE GOMEZ AKA CLAIRE
FRANCES NONOHEA GOMEZ HEYNE;
MARK HEYNE OR HIS HEIRS OR
ASSIGNS; BIBIANA GOMEZ, AKA
BIBIANA PAT FLAZER; LORINE
RAYBURN; ALAN L. FERNANDEZ;
LORRAINE FERNANDEZ; GERALDINE
FERNANDEZ GALVES; HEIRS OR
ASSIGNS OF LORETTA FERNANDEZ
KILA-AKANA; JAMES CLAYTON

FERNANDEZ        JR.;      GWENDOLYN
FERNANDEZ     KAULILI;     CAROLINE
FERNANDEZ; MANUEL FERNANDEZ JR.;
HEIRS OR ASSIGNS OF SARAH AH
QUINN; JOHN AH QUINN OR HIS HEIRS
OR  ASSIGNS;   JULIA   HOE;   LILLIAN
SERRAO;   EMILIA   KIPAPA;   MARION
IOANE; HAZEL BASUEL; EDDYNGTON
ELLIS HIRAM JR.; MELANIE HIRAM;
EARL  G.  KILAR  OR  HIS  HEIRS  OR
ASSIGNS;  GLEN  D.  AYAU;  JOANN  G.
KILAR  OR  HER  HEIRS  OR  ASSIGNS;
BARBARA J. AGUIAR OR HER HEIRS OR
ASSIGNS; RENEE L. AYAU-TYLER; JAMIE
AYAU  OR  HER  HEIRS  OR  ASSIGNS;
THOMAS KAMAKI LESLIE III; EDMUND
FRANCIS  AYAU;  NATHANIEL  AYAU;
ANTHONY  AYAU;  MICHAEL  AYAU;
EDLYNN  FRANCIS  AYAU;  EDELWEISS
WILSON; DIONE AIPA; JESSICA FRANCES
AYAU;  TYSON  GOMEZ;  PAUL  KILA
AKANA JR.; ALAN NAIONA AKANA;
ALAN LOUIS AKANA; RYAN AKANA;
PAULETTE P. AKANA; KRISTINE AKANA;
MASINA KILA; ANELA AKANA OR HER
HEIRS OR ASSIGNS; MAHINA AKANA OR
HER HEIRS OR ASSIGNS; STACIE NOE
PULE; JOHN AH QUINN JR.; JAMISON AH
QUINN; JAVAN AH QUINN; JANELLE AH
QUINN; OFFICE OF HAWAIIAN AFFAIRS;
UNITED STATES OF AMERICA, acting by
and through its Regional Director, Region One,
United States Fish and Wildlife Service,
Department of Interior; DOES 1 through 100;
and all other unknown persons or entities
claiming any right, title, estate, lien or interest
in the real property described in this Complaint
which is adverse to Plaintiff's ownership and
TO ALL WHOM IT MAY CONCERN,

Defendants.

## COMPLAINT TO QUIET TITLE AND FOR PARTITION AND DAMAGES

COMES NOW Plaintiff JAMES CAMPBELL COMPANY LLC ("Plaintiff"), by and through its attorneys, Carlsmith Ball LLP, for cause of action and complaint against the above-named Defendants and all other unknown persons claiming any right, title, estate, lien, cloud or interest in the real property described herein which is adverse to Plaintiff's ownership, title and interest therein, alleges and avers as follows:

### JURISDICTION

1.     The real property described below is located on the Island of Oahu, City and County of Honolulu, State of Hawaii, and within the jurisdiction of this Court.

### SUBJECT PROPERTY

2.     The real property which is the subject of this action ("subject property") is described as follows:

> All of that certain parcel of land (being all of the land described in and covered by Apana 1 of Royal Patent Number 257, Land Commission Award Number 2788 to Mauoli) situate, lying and being at Kahuku, District of Koolauloa, City and County of Honolulu, State of Hawaii, bearing Tax Map Key No. (1) 5-6-004-portion 023, containing an area of 0.580 acre, more or less and hatched on map attached hereto and marked as Exhibit "A."

3.     Plaintiff's ownership, dominion and title to the subject property arises from and under numerous deeds, documents and rules of law vesting such title and right to Plaintiff.

### PARTIES

4.     Plaintiff is a Delaware limited liability company authorized under the laws of the State of Hawaii to conduct business in the State of Hawaii.

5.     Defendants HEIRS OR ASSIGNS OF MAUOLI; HEIRS OR ASSIGNS OF KAAUMOA (w); HEIRS OR ASSIGNS OF HOOLILIAMANU (k); HEIRS OR ASSIGNS OF IVAN L. FERNANDEZ, AKA IVAN LEO FERNANDEZ; HEIRS OR ASSIGNS OF

MADELINE J. BRUSCO, AKA MADELINE J. FERNANDEZ, AKA MADELINE J. COLBURN; KATHERINE JUNE BELL, ADOPTED DAUGHTER OF KATHERINE P. BELL, DECEASED; HEIRS OR ASSIGNS OF MYRTLE M. WIECHERT, AKA MYRTLE M. FERNANDEZ, AKA MYRTLE M. HOPKINS; HEIRS OR ASSIGNS OF HEALANI D. REIS; SYLVESTER C. FERNANDEZ, AKA SYLVESTER CULLEN FERNANDEZ, AKA SONNY CULLEN FERNANDEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF LAWRENCE J. FERNANDEZ, AKA LAWRENCE JACK FERNANDEZ; HEIRS OR ASSIGNS MICHAEL L. FERNANDEZ; HEIRS OR ASSIGNS OF ROBERT H. FERNANDEZ, AKA ROBERT HOLBRON FERNANDEZ; ANNIE L. AYAU, AKA ANNIE LOKANA FERNANDEZ, AKA ANNIE LOKANA AYAU OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF HAZEL AYAU; HEIRS OR ASSIGNS OF EDWARD AYAU, AKA EDWARD WILLIAM AYAU; HEIRS OR ASSIGNS OF ALBERTA GOO, AKA ALBERTA AYAU GOO; HEIRS OR ASSIGNS OF ELEANOR AYAU, AKA ELEANOR AYAU PATTERSON; HEIRS OR ASSIGNS OF CLIFFORD AYAU; HEIRS OR ASSIGNS OF ETHEL K. GOMES, AKA ETHEL KAWAIHONA AYAU, AKA ETHEL T. GOMEZ; ETHEL K. GOMES; MITCHELL SPENCER; HEIRS OR ASSIGNS OF JOHN FERNANDEZ; HEIRS OR ASSIGNS OF JAMES FERNANDEZ; HEIRS OR ASSIGNS OF ALBERT FERNANDEZ; HEIRS OR ASSIGNS OF MANUEL FERNANDEZ; HEIRS OR ASSIGNS OF ANNIE AYAU; HEIRS OR ASSIGNS OF KATHERINE P. FERNANDEZ, AKA KATHERINE P. BELL; GEORGIANA MELINE OR HER HEIRS OR ASSIGNS; ELLIS FRANCIS BRUSCO OR HIS HEIRS OR ASSIGNS; JAMES BELL OR HIS HEIRS OR ASSIGNS; WALTER WILLIAM REIS OR HIS HEIRS OR ASSIGNS; ELEANOR IWALANI HOKE OR HER HEIRS OR ASSIGNS; RUTH LEN FOO HEW OR HER HEIRS OR ASSIGNS; WAIALOHA SIMEONA

OR HER HEIRS OR ASSIGNS; MAHEALANI ELIZABETH JONES OR HER HEIRS OR ASSIGNS; WILLIAM KAKAIMALU AYAU OR HIS HEIRS OR ASSIGNS; ANTONE FERNANDEZ OR HIS HEIRS OR ASSIGNS; MARY AHIN OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF ELEANOR MARGARET FERNANDEZ; FRANK CHARLES CARLOS OR HIS HEIRS OR ASSIGNS; LORAINE BETTY FERNANDEZ OR HER HEIRS OR ASSIGNS; ARTHUR CADDELL HONEYCUTT OR HIS HEIRS OR ASSIGNS; CLEO FERNANDEZ, AKA LORETTA (RITA) VERA FERNANDEZ; HEIRS OR ASSIGNS OF JOHN MCCANDLESS JR.; HEIRS OR ASSIGNS OF AVONELLE JUANITA MCCANDLESS, AKA DOROTHY A. HOUGHTAILING; RICHARD HENRY KINNEY OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF THOMAS HAYDEN MCCANDLESS; BERNICE KOHONOMAKA BOYNTON OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF MARY EDEAN MCCANDLESS; SAMUEL KAIU LESLIE OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF ROBERT KAWAIANIANI MCCANDLESS; THELMA MARY FIGUEROA OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF MADELINE CHARLOTTE MCCANDLESS; ALBERT GANDALL OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF PLEIADES CATHERINE KAUMU COLBURN, AKA PLEIDAS APPIANNI COLBURN; KARL LORCH OR HIS HEIRS OR ASSIGNS; JOHN FRANCIS COLBURN V; ELLIS ARTHUR KALANIKIEKIE BRUSCO; MYRTLE HOPKINS WIECHERT; JEAN HOPKINS WIECHERT; ANGELINE WIECHERT; HEIRS OR ASSIGNS OF HARRIET MELE REIS; HEIRS OR ASSIGNS OF BEVERLY ELEANOR REIS KAMAHIAI; NOVA JEAN LAULIPO REIS, AKA NOVA JEAN MCKENZIE; HEIRS OR ASSIGNS OF RALPH FRANCIS FERNANDEZ; CAROLINE FERNANDEZ OR HER HEIRS OR ASSIGNS; JOHN "BUTCH" CULLEN FERNANDEZ; SYLVIA KILIKINA "KINA"

FERNANDEZ; HEIRS OR ASSIGNS OF VERONICA LEILANI FERNANDEZ NAHALE; ROBERT JAMES KAALA FERNANDEZ; LAWRENCE JACK FERNANDEZ JR.; SANDRA IWALANI FERNANDEZ PASCUAL; HEIRS OR ASSIGNS OF MARY CULLEN WAIALOHA FERNANDEZ; HEIRS OR ASSIGNS OF KALANI SCOTT FERNANDEZ; FLOSSIE FERNANDEZ; MICHAEL J.K. FERNANDEZ OR HIS HEIRS OR ASSIGNS; ROSCOE KAHUMOKU; MAHEALANI LYNETTE FERNANDEZ; ROBERT KALEHUAOLIHAU FERNANDEZ OR HIS HEIRS OR ASSIGNS; BUZZ FERNANDEZ; JAMES MACK MITCHELL OR HIS HEIRS OR ASSIGNS; MARY PESCAIA OR HER HEIRS OR ASSIGNS; FREDERICK GOO OR HIS HEIRS OR ASSIGNS; JESSIE PATTERSON OR HIS HEIRS OR ASSIGNS; ALMA DANA OR HER HEIRS OR ASSIGNS; EDWARD E. GOMEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF DEBORAH MAHUKA AYAU; EDWARD WILLIAM FRANKLIN AYAU OR HIS HEIRS OR ASSIGNS; ROSE C. FERNANDEZ OR HER HEIRS OR ASSIGNS; AGNES LEMN OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF HARRIET K. FERNANDEZ; MARY FERNANDEZ OR HER HEIRS OR ASSIGNS; MAUREEN LOPES OR HER HEIRS OR ASSIGNS; ELEANOR HEE; FRANK CARLOS JR.; DONNA WILSON OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF RICHARD HENRY KINNY JR.; ROBERTA JEWEL KAUINOHEA REIS FORD; HEIRS OR ASSIGNS OF SAMUEL KAIU LESLIE; HOWARD KEONAONA SR.; WENDELL WAYNE LESLIE OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF FRANCIS GAWAIN MCCANDLESS; GWENDOLYN DIANE MCCANDLESS OR HER HEIRS OR ASSIGNS; MADELIE LAIDA MCCANDLESS OR HER HEIRS OR ASSIGNS; EDDYNGTON HIRAM OR HIS HEIRS OR ASSIGNS; ALBERT K. GANDALL III; CHARLOTTE A. POSTEN OR HER HEIRS OR ASSIGNS; JOAN L. SCHMIDT; THELMA

M. HAN; PLEIDAS LORCH SOUSA; KARL LORCH; YVONNE LORCH; GEORGE LORCH

OR HIS HEIRS OR ASSIGNS; BISHOP KAMAHIAI; WALTER KAMAHIAI; KENWORTH

FERNANDEZ; IWALANI ATON; CRAIG NAHALE; GORDON NAHALE; KIM PACHECO;

STACEY HIRAM; NOEL NAHALE; PERRY FERNANDEZ OR HIS HEIRS OR ASSIGNS;

TROY FERNANDEZ; ROBERT FERNANDEZ OR HIS HEIRS OR ASSIGNS; LISA-LYNN

VIELA OR HER HEIRS OR ASSIGNS; VIOLA MITCHELL, AKA VIOLA BRUNGARDT;

HAZELENE AYAU, AKA HAZELINE WILSON; HEIRS OR ASSIGNS OF JAMES

MITCHELL AYAU; MILDRED AYAU OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS

OF SHEILA MAE AYAU, AKA SHEILA M. TAVARES, AKA SHEILA M.K. WILKINS;

HARRIET AYAU, AKA HARRIET K. RELLEZ, AKA HARRIET SCHOLTZ; MAUREEN

AYAU, AKA MAUREEN E. PARADIS; ANN LEONORE KEAUNUINUI GOO OR HER

HEIRS OR ASSIGNS; FREDERICK JAMES GOO; LAMONT PATTERSON OR HIS HEIRS

OR ASSIGNS; COLBIN PATTERSON OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS

OF YVONNE AYAU, AKA YVONNE IIDA; STEVEN K. IIDA; CLEMENT C.K. AYAU;

EDWARD W. AYAU; HEIRS OR ASSIGNS OF EDMUND FRANCIS AYAU; KATHLEEN

AYAU; FAITH AYAU AINA; HEIRS OR ASSIGNS OF EDWARD L. GOMEZ; BRENDEN

C. GOMEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF CLAIRE GOMEZ AKA

CLAIRE FRANCES NONOHEA GOMEZ HEYNE; MARK HEYNE OR HIS HEIRS OR

ASSIGNS; BIBIANA GOMEZ, AKA BIBIANA PAT FLAZER; LORINE RAYBURN; ALAN

L. FERNANDEZ; LORRAINE FERNANDEZ; GERALDINE FERNANDEZ GALVES; HEIRS

OR ASSIGNS OF LORETTA FERNANDEZ KILA-AKANA; JAMES CLAYTON

FERNANDEZ JR.; GWENDOLYN FERNANDEZ KAULILI; CAROLINE FERNANDEZ;

MANUEL FERNANDEZ JR.; HEIRS OR ASSIGNS OF SARAH AH QUINN; JOHN AH

QUINN OR HIS HEIRS OR ASSIGNS; JULIA HOE; LILLIAN SERRAO; EMILIA KIPAPA; MARION IOANE; HAZEL BASUEL; EDDYNGTON ELLIS HIRAM JR.; MELANIE HIRAM; EARL G. KILAR OR HIS HEIRS OR ASSIGNS; GLEN D. AYAU; JOANN G. KILAR OR HER HEIRS OR ASSIGNS; BARBARA J. AGUIAR OR HER HEIRS OR ASSIGNS; RENEE L. AYAU-TYLER; JAMIE AYAU OR HER HEIRS OR ASSIGNS; THOMAS KAMAKI LESLIE III; EDMUND FRANCIS AYAU; NATHANIEL AYAU; ANTHONY AYAU; MICHAEL AYAU; EDLYNN FRANCIS AYAU; EDELWEISS WILSON; DIONE AIPA; JESSICA FRANCES AYAU; TYSON GOMEZ; PAUL KILA AKANA JR.; ALAN NAIONA AKANA; ALAN LOUIS AKANA; RYAN AKANA; PAULETTE P. AKANA; KRISTINE AKANA; MASINA KILA; ANELA AKANA OR HER HEIRS OR ASSIGNS; MAHINA AKANA OR HER HEIRS OR ASSIGNS; STACIE NOE PULE; JOHN AH QUINN JR.; JAMISON AH QUINN; JAVAN AH QUINN; AND JANELLE AH QUINN, have, claim or may claim certain rights or interests in or to the subject property which are adverse to the interests of Plaintiff, or who are necessary parties to a complete determination or settlement of the issues involved herein.

6.     Defendant OFFICE OF HAWAIIAN AFFAIRS is a body corporate of the State of Hawaii and may have an interest in the subject property pursuant to Section 669-2(e), Hawaii Revised Statutes.

7.     The following are the record owners of the parcels of real property adjoining the subject property, which properties are designated on the tax maps of the First Taxation Division of the State of Hawaii, as set forth below:

| UNITED STATES OF AMERICA, acting by and through its Regional Director, Region One, United States Fish and Wildlife Service, Department of Interior | Tax Map Key Nos.:<br>(1) 5-6-003-009,<br>(1) 5-6-004-011,<br>(1) 5-6-004-020 and<br>(1) 5-6-004-025 |
|---|---|

8. Defendants DOES 1 through 100 are persons or entities whose names and identities are presently unknown to Plaintiff but who may claim certain rights or interests in or to the subject property which are adverse to the interests of Plaintiff. Plaintiff intends to identify such persons or entities if and when their existence and identities become known to Plaintiff.

9. A diligent search has been made and no other persons claiming any rights or interests in or to the subject property have been found, but there may be other outstanding instruments, records, claims or encumbrances adverse to the ownership of Plaintiff by which alienability of said subject property is impaired, however, such claims are without any merit, right or foundation whatsoever, and no such persons have any estate, right, title, lien, or interest in or to the subject property or any portion thereof.

## COUNT I

10. Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 9 herein.

11. Plaintiff has superior title and claims ownership of the subject property to the exclusion of all other persons and entities.

## COUNT II

12. Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 11 herein.

13. Plaintiff and its predecessors in interest have been in actual, open, notorious, continuous, exclusive, hostile and adverse possession of the subject property in good

faith and under color of title and claim of right for more than the period required by law to establish title and is presently and has been exercising all rights and has been assuming all obligations of ownership during said period of time, claiming to own said subject property in fee simple against all others.

14.     This action is brought pursuant to Chapter 669, Hawaii Revised Statutes, as amended, to establish and confirm Plaintiff's title and interest in and to the subject property.

15.     Plaintiff has title to the subject property by reason of adverse possession of the property pursuant to Chapter 669, Hawaii Revised Statutes.

## COUNT III

16.     Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 15 herein.

17.     If the subject property is determined to be owned by Plaintiff together with any other party, the property should be partitioned pursuant to Chapter 668, Hawaii Revised Statutes, and the proceeds therefrom used to defray Plaintiff's costs, fees and expenses of this action and the remainder divided among the parties according to their respective rights and interests therein.

## COUNT IV

18.     Plaintiff repeats, realleges and incorporates by reference the allegations contained in paragraphs 1 through 17 herein.

19.     Plaintiff and its predecessors-in-interest have used their own funds to pay expenses to maintain and preserve the subject property, including but not limited to, real property taxes, maintenance expenses, and costs relating to the search of the title to the property to determine the identities of persons who may claim an interest in the property.

20.     Plaintiff and its predecessors-in-interest have not been reimbursed or received contributions for any of the property-related expenses.

21.     To the extent that persons or entities other than Plaintiff are found to have an ownership interest in and to the subject property, Plaintiff is entitled to reimbursement and contribution from such persons or entities for those expenses paid by Plaintiff and its predecessors-in-interest according to the owners' respective rights and interests therein.

WHEREFORE, Plaintiff prays as follows:

1.     That personal service of process be made on all defendants named herein whose addresses are known and who are residents of the State of Hawaii.

2.     That service by certified or registered mail be made on all defendants named herein whose addresses are known and who are not residents of the State of Hawaii pursuant to Sections 634-23, 634-24 and 669-3, Hawaii Revised Statutes.

3.     That substituted service of process by publication and by posting of notice of the action on the subject property be made upon all persons known and unknown, claiming any right, title, estate, lien or interest in the subject property and to whom it may concern pursuant to Sections 634-23, 634-26 and 669-3, Hawaii Revised Statutes.

4.     That all defendants and persons appearing herein be required to set forth the nature of their claims, if any, and that all adverse claims of defendants, or any of them, be determined by a judgment of this Court.

5.     That Plaintiff be declared and adjudged to be the sole owner of the subject property by reason of deed, adverse possession or otherwise.

6.     That if appropriate, some or all defendants be declared to have no interest whatsoever in the subject property.

7.     That the defendants found to have no interest in the subject property be forever barred from asserting any claim to the subject property adverse to Plaintiff's interests and rights.

8.     That if the subject property is determined to be owned by Plaintiff together with any other party, the property be partitioned pursuant to Chapter 668, Hawaii Revised Statutes, and the proceeds therefrom used to defray Plaintiff's costs, fees and expenses of this action and the remainder divided among the parties according to their respective rights and interests therein.

9.     That to the extent that persons or entities other than Plaintiff are found to have an ownership interest in and to the subject property, Plaintiff be reimbursed from such persons or entities for those expenses paid by Plaintiff and its predecessors-in-interest according to the owners' respective rights and interests therein.

10.    That Plaintiff be granted such other and further relief as this Court deems just and equitable.

DATED: Honolulu, Hawaii, _____March 26, 2015____.


_____
CRAIG G. NAKAMURA
MARK K. MURAKAMI
ERIKA L. AMATORE
JACOB L. MATSON
ALISON S. KATO

Attorneys for Plaintiff
JAMES CAMPBELL COMPANY LLC

**EXHIBIT A**



**EXHIBIT "A"**
TK (1) 5-6-4-portion 023
Ap. 1 of RP 257, LCAw 2788
to Mauoli

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMES CAMPBELL COMPANY LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>   vs.<br><br>HEIRS OR ASSIGNS OF MAUOLI; HEIRS OR ASSIGNS OF KAAUMOA (w); HEIRS OR ASSIGNS OF HOOLILIAMANU (k); HEIRS OR ASSIGNS OF IVAN L. FERNANDEZ, AKA IVAN LEO FERNANDEZ; HEIRS OR ASSIGNS OF MADELINE J. BRUSCO, AKA MADELINE J. FERNANDEZ, AKA MADELINE J. COLBURN; KATHERINE JUNE BELL, ADOPTED DAUGHTER OF KATHERINE P. BELL, DECEASED; HEIRS OR ASSIGNS OF MYRTLE M. WIECHERT, AKA MYRTLE M. FERNANDEZ, AKA MYRTLE M. HOPKINS; HEIRS OR ASSIGNS OF HEALANI D. REIS; SYLVESTER C. FERNANDEZ, AKA SYLVESTER CULLEN FERNANDEZ, AKA SONNY CULLEN FERNANDEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF LAWRENCE J. FERNANDEZ, AKA LAWRENCE JACK FERNANDEZ; HEIRS OR ASSIGNS MICHAEL L. FERNANDEZ; HEIRS OR ASSIGNS OF ROBERT H. FERNANDEZ, AKA ROBERT HOLBRON FERNANDEZ; ANNIE L. AYAU, AKA ANNIE LOKANA FERNANDEZ, AKA ANNIE LOKANA AYAU OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF HAZEL AYAU; HEIRS OR ASSIGNS OF EDWARD AYAU, AKA EDWARD WILLIAM AYAU; HEIRS OR ASSIGNS OF ALBERTA GOO, AKA ALBERTA AYAU GOO; HEIRS OR ASSIGNS OF ELEANOR AYAU, AKA ELEANOR AYAU PATTERSON; HEIRS OR | CIVIL NO. _____<br>(Other Civil Action - Quiet Title)<br><br>SUMMONS |

ASSIGNS OF CLIFFORD AYAU; HEIRS OR
ASSIGNS OF ETHEL K. GOMES, AKA
ETHEL KAWAIHONA AYAU, AKA ETHEL
T. GOMEZ; ETHEL K. GOMES; MITCHELL
SPENCER; HEIRS OR ASSIGNS OF JOHN
FERNANDEZ; HEIRS OR ASSIGNS OF
JAMES FERNANDEZ; HEIRS OR ASSIGNS
OF ALBERT FERNANDEZ; HEIRS OR
ASSIGNS OF MANUEL FERNANDEZ;
HEIRS OR ASSIGNS OF ANNIE AYAU;
HEIRS OR ASSIGNS OF KATHERINE P.
FERNANDEZ, AKA KATHERINE P. BELL;
GEORGIANA MELINE OR HER HEIRS OR
ASSIGNS; ELLIS FRANCIS BRUSCO OR
HIS HEIRS OR ASSIGNS; JAMES BELL OR
HIS HEIRS OR ASSIGNS; WALTER
WILLIAM REIS OR HIS HEIRS OR
ASSIGNS; ELEANOR IWALANI HOKE OR
HER HEIRS OR ASSIGNS; RUTH LEN FOO
HEW OR HER HEIRS OR ASSIGNS;
WAIALOHA SIMEONA OR HER HEIRS OR
ASSIGNS; MAHEALANI ELIZABETH
JONES OR HER HEIRS OR ASSIGNS;
WILLIAM KAKAIMALU AYAU OR HIS
HEIRS OR ASSIGNS; ANTONE
FERNANDEZ OR HIS HEIRS OR ASSIGNS;
MARY AHIN OR HER HEIRS OR
ASSIGNS; HEIRS OR ASSIGNS OF
ELEANOR MARGARET FERNANDEZ;
FRANK CHARLES CARLOS OR HIS HEIRS
OR ASSIGNS; LORAINE BETTY
FERNANDEZ OR HER HEIRS OR
ASSIGNS; ARTHUR CADDELL
HONEYCUTT OR HIS HEIRS OR
ASSIGNS; CLEO FERNANDEZ, AKA
LORETTA (RITA) VERA FERNANDEZ;
HEIRS OR ASSIGNS OF JOHN
MCCANDLESS JR.; HEIRS OR ASSIGNS
OF AVONELLE JUANITA MCCANDLESS,
AKA DOROTHY A. HOUGHTAILING;
RICHARD HENRY KINNEY OR HIS HEIRS
OR ASSIGNS; HEIRS OR ASSIGNS OF
THOMAS HAYDEN MCCANDLESS;
BERNICE KOHONOMAKA BOYNTON OR
HER HEIRS OR ASSIGNS; HEIRS OR
ASSIGNS OF MARY EDEAN

MCCANDLESS; SAMUEL KAIU LESLIE OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF ROBERT KAWAIANIANI MCCANDLESS; THELMA MARY FIGUEROA OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF MADELINE CHARLOTTE MCCANDLESS; ALBERT GANDALL OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF PLEIADES CATHERINE KAUMU COLBURN, AKA PLEIDAS APPIANNI COLBURN; KARL LORCH OR HIS HEIRS OR ASSIGNS; JOHN FRANCIS COLBURN V; ELLIS ARTHUR KALANIKIEKIE BRUSCO; MYRTLE HOPKINS WIECHERT; JEAN HOPKINS WIECHERT; ANGELINE WIECHERT; HEIRS OR ASSIGNS OF HARRIET MELE REIS; HEIRS OR ASSIGNS OF BEVERLY ELEANOR REIS KAMAHIAI; NOVA JEAN LAULIPO REIS, AKA NOVA JEAN MCKENZIE; HEIRS OR ASSIGNS OF RALPH FRANCIS FERNANDEZ; CAROLINE FERNANDEZ OR HER HEIRS OR ASSIGNS; JOHN "BUTCH" CULLEN FERNANDEZ; SYLVIA KILIKINA "KINA" FERNANDEZ; HEIRS OR ASSIGNS OF VERONICA LEILANI FERNANDEZ NAHALE; ROBERT JAMES KAALA FERNANDEZ; LAWRENCE JACK FERNANDEZ JR.; SANDRA IWALANI FERNANDEZ PASCUAL; HEIRS OR ASSIGNS OF MARY CULLEN WAIALOHA FERNANDEZ; HEIRS OR ASSIGNS OF KALANI SCOTT FERNANDEZ; FLOSSIE FERNANDEZ; MICHAEL J.K. FERNANDEZ OR HIS HEIRS OR ASSIGNS; ROSCOE KAHUMOKU; MAHEALANI LYNETTE FERNANDEZ; ROBERT KALEHUAOLIHAU FERNANDEZ OR HIS HEIRS OR ASSIGNS; BUZZ FERNANDEZ; JAMES MACK MITCHELL OR HIS HEIRS OR ASSIGNS; MARY PESCAIA OR HER HEIRS OR ASSIGNS; FREDERICK GOO OR HIS HEIRS OR ASSIGNS; JESSIE PATTERSON OR HIS HEIRS OR ASSIGNS; ALMA DANA OR HER HEIRS OR

ASSIGNS; EDWARD E. GOMEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF DEBORAH MAHUKA AYAU; EDWARD WILLIAM FRANKLIN AYAU OR HIS HEIRS OR ASSIGNS; ROSE C. FERNANDEZ OR HER HEIRS OR ASSIGNS; AGNES LEMN OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF HARRIET K. FERNANDEZ; MARY FERNANDEZ OR HER HEIRS OR ASSIGNS; MAUREEN LOPES OR HER HEIRS OR ASSIGNS; ELEANOR HEE; FRANK CARLOS JR.; DONNA WILSON OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF RICHARD HENRY KINNY JR.; ROBERTA JEWEL KAUINOHEA REIS FORD; HEIRS OR ASSIGNS OF SAMUEL KAIU LESLIE; HOWARD KEONAONA SR.; WENDELL WAYNE LESLIE OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF FRANCIS GAWAIN MCCANDLESS; GWENDOLYN DIANE MCCANDLESS OR HER HEIRS OR ASSIGNS; MADELIE LAIDA MCCANDLESS OR HER HEIRS OR ASSIGNS; EDDYNGTON HIRAM OR HIS HEIRS OR ASSIGNS; ALBERT K. GANDALL III; CHARLOTTE A. POSTEN OR HER HEIRS OR ASSIGNS; JOAN L. SCHMIDT; THELMA M. HAN; PLEIDAS LORCH SOUSA; KARL LORCH; YVONNE LORCH; GEORGE LORCH OR HIS HEIRS OR ASSIGNS; BISHOP KAMAHIAI; WALTER KAMAHIAI; KENWORTH FERNANDEZ; IWALANI ATON; CRAIG NAHALE; GORDON NAHALE; KIM PACHECO; STACEY HIRAM; NOEL NAHALE; PERRY FERNANDEZ OR HIS HEIRS OR ASSIGNS; TROY FERNANDEZ; ROBERT FERNANDEZ OR HIS HEIRS OR ASSIGNS; LISA-LYNN VIELA OR HER HEIRS OR ASSIGNS; VIOLA MITCHELL, AKA VIOLA BRUNGARDT; HAZELENE AYAU, AKA HAZELINE WILSON; HEIRS OR ASSIGNS OF JAMES MITCHELL AYAU; MILDRED AYAU OR HER HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF

SHEILA MAE AYAU, AKA SHEILA M. TAVARES, AKA SHEILA M.K. WILKINS; HARRIET AYAU, AKA HARRIET K. RELLEZ, AKA HARRIET SCHOLTZ; MAUREEN AYAU, AKA MAUREEN E. PARADIS; ANN LEONORE KEAUNUINUI GOO OR HER HEIRS OR ASSIGNS; FREDERICK JAMES GOO; LAMONT PATTERSON OR HIS HEIRS OR ASSIGNS; COLBIN PATTERSON OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF YVONNE AYAU, AKA YVONNE IIDA; STEVEN K. IIDA; CLEMENT C.K. AYAU; EDWARD W. AYAU; HEIRS OR ASSIGNS OF EDMUND FRANCIS AYAU; KATHLEEN AYAU; FAITH AYAU AINA; HEIRS OR ASSIGNS OF EDWARD L. GOMEZ; BRENDEN C. GOMEZ OR HIS HEIRS OR ASSIGNS; HEIRS OR ASSIGNS OF CLAIRE GOMEZ AKA CLAIRE FRANCES NONOHEA GOMEZ HEYNE; MARK HEYNE OR HIS HEIRS OR ASSIGNS; BIBIANA GOMEZ, AKA BIBIANA PAT FLAZER; LORINE RAYBURN; ALAN L. FERNANDEZ; LORRAINE FERNANDEZ; GERALDINE FERNANDEZ GALVES; HEIRS OR ASSIGNS OF LORETTA FERNANDEZ KILA-AKANA; JAMES CLAYTON FERNANDEZ JR.; GWENDOLYN FERNANDEZ KAULILI; CAROLINE FERNANDEZ; MANUEL FERNANDEZ JR.; HEIRS OR ASSIGNS OF SARAH AH QUINN; JOHN AH QUINN OR HIS HEIRS OR ASSIGNS; JULIA HOE; LILLIAN SERRAO; EMILIA KIPAPA; MARION IOANE; HAZEL BASUEL; EDDYNGTON ELLIS HIRAM JR.; MELANIE HIRAM; EARL G. KILAR OR HIS HEIRS OR ASSIGNS; GLEN D. AYAU; JOANN G. KILAR OR HER HEIRS OR ASSIGNS; BARBARA J. AGUIAR OR HER HEIRS OR ASSIGNS; RENEE L. AYAU-TYLER; JAMIE AYAU OR HER HEIRS OR ASSIGNS; THOMAS KAMAKI LESLIE III; EDMUND FRANCIS AYAU; NATHANIEL

AYAU; ANTHONY AYAU; MICHAEL
AYAU; EDLYNN FRANCIS AYAU;
EDELWEISS WILSON; DIONE AIPA;
JESSICA FRANCES AYAU; TYSON
GOMEZ; PAUL KILA AKANA JR.; ALAN
NAIONA AKANA; ALAN LOUIS AKANA;
RYAN AKANA; PAULETTE P. AKANA;
KRISTINE AKANA; MASINA KILA;
ANELA AKANA OR HER HEIRS OR
ASSIGNS; MAHINA AKANA OR HER
HEIRS OR ASSIGNS; STACIE NOE PULE;
JOHN AH QUINN JR.; JAMISON AH
QUINN; JAVAN AH QUINN; JANELLE AH
QUINN; OFFICE OF HAWAIIAN AFFAIRS;
UNITED STATES OF AMERICA, acting by
and through its Regional Director, Region One,
United States Fish and Wildlife Service,
Department of Interior; DOES 1 through 100;
and all other unknown persons or entities
claiming any right, title, estate, lien or interest
in the real property described in this Complaint
which is adverse to Plaintiff's ownership and
TO ALL WHOM IT MAY CONCERN,

        Defendants.

## SUMMONS

THE STATE OF HAWAII:

To the above-named Defendants:

        You are hereby summoned and required to file with the court and serve upon

plaintiff's attorney, whose address is stated above, and answer to the complaint which is attached.

This action must be taken within twenty days after service of this summons upon you, exclusive

of the day of service—or within sixty days if you are the United States or a United States agency,

or an officer or employee of the United States.

If you fail to make your answer within the twenty day time limit, judgment by default will be taken against you for the relief demanded in the complaint.

If you fail to obey this summons this may result in an entry of default and default judgment.

**Pursuant to Rule 4(b) of the Hawaii Rules of Civil Procedure, this summons shall not be delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the District or Circuit courts permits, in writing on the summons, personal delivery during those hours.**

DATED:  Honolulu, Hawaii, _____ MAR 2 7 2015 _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT